IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------
JACOB STEVE CUTLIP          : CASE NO. 1:10 CV 1848
                            :
                 Plaintiff, :
                            :
           -vs-             : ORDER ADOPTING REPORT AND
                            : RECOMMENDATION AND
                            : DISMISSING PLAINTIFF'S
COMMISSIONER OF SOCIAL      : COMPLAINT
SECURITY,                   :
                 Defendant. :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This challenge to the Commissioner's denial of Social Security benefits was automatically referred to U.S. Magistrate Judge William H. Baughman, Jr., on 20 August 2010. Pursuant to the initial scheduling order, the plaintiff was required to file a fact sheet by 22 December 2010. (Doc. 7). He never did so. As a consequence, on 10 March 2011, the magistrate judge issued an order to show cause by 17 March 2011, as to why this matter should not be dismissed for failure to prosecute. (Doc. 13). The plaintiff never responded to the order.

On 21 March 2011, Magistrate Judge Baughman recommended that the plaintiff's case be dismissed. (Doc. 14). The plaintiff was given 14 days to file objections. He was advised that "[f]ailure to file objections within the specified time waives the right to appeal the District Court's order." (Doc. 14 at 2); See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). The plaintiff filed no objections.

Having reviewed Magistrate Judge Baughman's Report and Recommendation and found no error, the Court adopts it. This matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: 4/6/2011